UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
FOLTZ, WILLIAM H

Case No.: 18-21324-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on September 4, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 301 MARNE ROAD, GLOUCESTER CITY NJ 08030<br>(FMV $80,000.00) |
|---|---|

| Liens on property: | $155,805.00- QUICKEN LOANS |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21324-JNP
William H Foltz                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 03, 2018
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
```
db             +William H Foltz,    301 Marne Road,    Gloucester City, NJ 08030-2516
517572574     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
517572576      +CCMUA,   Po Box 1105,    Bellmawr, NJ 08099-5105
517572577      +FNB Omaha,   PO Box 3412,    Omaha, NE 68103-0412
517592924      +Quicken Loans Inc.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517572579       USAA Federal Savings Bank - San Antonio,    PO Box 47504,    San Antonio, TX 78265-7504
517572580      +USAA Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-1600
517572575      +c/o KML Group,    216 Haddon Avenue,    Collingswood, NJ 08108-1120
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:56     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517572578       E-mail/Text: bankruptcyteam@quickenloans.com Aug 03 2018 23:41:19     Quicken Loans Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517572581      +E-mail/Text: ebn@vantagesourcing.com Aug 03 2018 23:41:22     Verizon Wireless,
                 c/o Vantage Sourcing,    4930 West State Highway 52,    Suite 1,   Dothan, AL 36305-9102
                                                                                               TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:
```
              Andrew  Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Eric  Clayman    on behalf of Debtor William H Foltz jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor William H Foltz jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```